[This opinion has been published in *Ohio Official Reports* at 70 Ohio St.3d 536.]

STEWART, APPELLANT *v.* KENNEDY ET AL., APPELLEES.

[Cite as *Stewart v. Kennedy*, 1994-Ohio-47.]

*Statutes of limitations—Discovery rule applied to toll statute of limitations where victim of childhood sexual abuse represses memories of that abuse until a later time—One-year statute of limitations period for sexual abuse begins to run, when.*

(No. 93-2038—Submitted September 14, 1994—Decided October 12, 1994.)

APPEAL from the Court of Appeals for Hamilton County, No. C-920152.

———————————

*Thomas A. Gelwicks*, for appellant.

*Mulholland & Associates*, *Donald L. Weber* and *Michael L. Weber*, for appellees.

———————————

{¶ 1} The judgment of the court of appeals is reversed on the authority of *Ault v. Jasko* (1994), 70 Ohio St.3d 114, 637 N.E.2d 870, and the cause is remanded to the trial court for application of *Ault*.

A.W. SWEENEY, DOUGLAS, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

MOYER, C.J., and WRIGHT, J., dissent.

———————————